UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Segal, Robert D.  
Segal, Tara D.

Case No.: __19-18332__  
Chapter: __7__  
Judge: __KCF__

### NOTICE OF PROPOSED ABANDONMENT

__Daniel E. Straffi__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 402 East State Street  
Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __July 2, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 26 Vernetta Lane  
Medford, NJ  
FMV - +/-$ 236,000.00 |

| Liens on property: | Bayview Financial Loan- $ +/-$434,575.00  

Plus 10% Estimated Costs of Sale |

| Amount of equity claimed as exempt: | $-0- |

Objections must be served on, and requests for additional information directed to:

Name: __Daniel E. Straffi, Esq.__  
Address: __670 Commons Way Toms River, NJ 08755__  
Telephone No.: __732-341-3800__

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 19-18332-KCF
Robert D Segal                                                    Chapter 7
Tara D Segal
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: May 31, 2019
                              Form ID: pdf905          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
db/jdb         +Robert D Segal,   Tara D Segal,   26 Vernetta Lane,   Medford, NJ 08055-8865
518203499      +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
518203503      +Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
518203504      +Deptartment Store National Bank/Macy's,   Attn: Bankruptcy,   9111 Duke Boulevard,
                 Mason, OH 45040-8999
518203506      +Kohls/Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518203508      +PNC Bank,   Attn: Bankruptcy Department,   Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
518203507      +Pnc Bank,   Atn: Bankruptcy Department,   Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
518203509      +Pnc Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
518203510     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Division of Taxation,   PO Box 245,
                 Trenton, NJ 08695)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 01 2019 00:35:24     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 01 2019 00:35:19     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518203497      +E-mail/Text: aacbankruptcynotice@affiliated.org Jun 01 2019 00:35:58
                 Affiliated Acceptance Corp,   Attn: Bankruptcy,   Po Box 790001,
                 Sunrise Beach, MO 65079-9001
518203498      +E-mail/Text: ally@ebn.phinsolutions.com Jun 01 2019 00:34:09     Ally Financial,
                 Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
518203500      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 01 2019 00:35:57
                 Bayview Financial Loan,   Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
518203501      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 01 2019 00:42:29     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518203502      +E-mail/Text: bk.notifications@jpmchase.com Jun 01 2019 00:35:10     Chase Auto Finance,
                 National Bankruptcy Dept,   201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
518203505       E-mail/Text: cio.bncmail@irs.gov Jun 01 2019 00:34:43     Internal Revenue Service,
                 Department of the Treasury,   P.O. Box 9019,   Holtsville, NY 11742-9019
518203511      +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 00:41:30     Syncb Bank/American Eagle,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
518203512      +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 00:41:30     Syncb/Care Credit,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
518203513      +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 00:41:30     Synchrony Bank/Gap,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: May 31, 2019
                              Form ID: pdf905          Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:

```
          Andrew B. Finberg    on behalf of Debtor Robert D Segal andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Andrew B. Finberg    on behalf of Joint Debtor Tara D Segal andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Daniel E. Straffi    bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-12CB) rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```