UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DANIEL A. FRISCHBERG, ESQ.
Law Offices of Andrew B. Finberg, LLC
525 Route 73 South, Suite 200
Marlton, NJ 08053
(856) 988-9055
Attorney for Debtors

Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ROBERT D. SEGAL
TARA D. SEGAL

Case No.: 19-18332

Adv. No.:

Hearing Date: September 10, 2019

Judge: KCF

## ORDER REOPENING CASE PURSUANT TO 11 U.S.C. § 350(b)

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 11, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**THIS MATTER** having come before the Court upon Debtor's motion to reopen this case to file their Official Form 423 and accompanying certificates of completion of a course in financial management, and the Court having considered the moving papers, any timely filed written opposition and the oral arguments of the parties, if any, and the Court having concluded that good and sufficient cause exists to enter an Order granting the relief requested,

**IT IS HEREBY ORDERED:**

1. The Debtor's motion is hereby **GRANTED**.

2. This case is reopened for the limited purpose of permitting debtors to file their official form 423 and course completion certificates.