UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DANIEL A. FRISCHBERG, ESQ.
Law Offices of Andrew B. Finberg, LLC
525 Route 73 South, Suite 200
Marlton, NJ 08053
(856) 988-9055
Attorney for Debtors

Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ROBERT D. SEGAL
TARA D. SEGAL

Case No.: 19-18332

Adv. No.:

Hearing Date: September 10, 2019

Judge: KCF

# ORDER REOPENING CASE PURSUANT TO 11 U.S.C. § 350(b)

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 11, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**THIS MATTER** having come before the Court upon Debtor's motion to reopen this case to file their Official Form 423 and accompanying certificates of completion of a course in financial management, and the Court having considered the moving papers, any timely filed written opposition and the oral arguments of the parties, if any, and the Court having concluded that good and sufficient cause exists to enter an Order granting the relief requested,

**IT IS HEREBY ORDERED:**

1. The Debtor's motion is hereby **GRANTED**.

2. This case is reopened for the limited purpose of permitting debtors to file their official form 423 and course completion certificates.

United States Bankruptcy Court
District of New Jersey

In re:  
Robert D Segal  
Tara D Segal  
       Debtors

Case No. 19-18332-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 1  Date Rcvd: Sep 13, 2019  
          Form ID: pdf903  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2019.  
db/jdb  +Robert D Segal,  Tara D Segal,  3 Knotty Oak Dr.,  Medford, NJ 08055-9148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.  TOTAL: 0

   ***** BYPASSED RECIPIENTS *****  
NONE.  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2019 at the address(es) listed below:

  Andrew B. Finberg  on behalf of Joint Debtor Tara D Segal andy@sjbankruptcylaw.com, abfecf@gmail.com;finbergar39848@notify.bestcase.com  
  Andrew B. Finberg  on behalf of Debtor Robert D Segal andy@sjbankruptcylaw.com, abfecf@gmail.com;finbergar39848@notify.bestcase.com  
  Daniel A. Frischberg  on behalf of Joint Debtor Tara D Segal dan@sjbankruptcylaw.com, frischberglaw@gmail.com;frischbergdr39848@notify.bestcase.com  
  Daniel A. Frischberg  on behalf of Debtor Robert D Segal dan@sjbankruptcylaw.com, frischberglaw@gmail.com;frischbergdr39848@notify.bestcase.com  
  Daniel E. Straffi  bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com  
  Daniel E. Straffi  on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com  
  Denise E. Carlon  on behalf of Creditor  THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-12CB) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
  Rebecca Ann Solarz  on behalf of Creditor  THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-12CB) rsolarz@kmllawgroup.com  
  U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov  
                      TOTAL: 9